# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CAUSE NO. 3:12-cr-118-CWR-FKB-1 |
| HERBERT JEROME TOWNSEND | DEFENDANT |

## ORDER

Before the Court is Petitioner Herbert Jerome Townsend's Motion for Reconsideration. Federal courts recognize "only three possible grounds for any motion for reconsideration: (1) an intervening change in controlling law, (2) the availability of new evidence not previously available, and (3) the need to correct a clear error of law or prevent manifest injustice." *Atkins v. Marathon LeTourneau Co.*, 130 F.R.D. 625, 626 (S.D. Miss. 1990). Having considered Townsend's motion for reconsideration, the record, and relevant legal authorities, the Court finds that the motion is not well-taken and should be DENIED.

**SO ORDERED**, this the 12th day of April, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE