HERBERT TOWNSEND 16872
FCI MEMPHIS
P.O. BOX 34550
MEMPHIS, TN 38184

CERTIFIED MAIL

7022 3330 0000 8397 2874

RECEIVED
FEB 26 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Legal Mail

UNITED STATES COURTHOUSE
501 East COURT STREET, SUITE
JACKSON, MS 39201      2.500

U.S. POSTAGE PAID
FCM LETTER
MEMPHIS, TN 38134
FEB 22, 2024
$0.00
R2305K133121-27

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISED A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE TO ANOTHER ADDRESSEE, PLEASE FORWARD TO ABOVE ADDRESS.

FCI MEMPHIS
1101 JOHN A DENIE RD
MEMPHIS, TN 38134   DATE: 02/22/24