Case 3:12-cr-00118-CWR-ASH   Document 517   Filed 10/04/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**
Oct 04 2024
ARTHUR JOHNSTON, CLERK
By: _Louisville_, Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| HERBERT JEROME TOWNSEND | ) Case No.: 3:12cr118CWR-ASH |
| | ) USM No.: 16871-043 |
| Date of Original Judgment: 08/22/2013 | ) |
| Date of Previous Amended Judgment: 10/04/2016 | ) Abby Brumley Edwards |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/04/2016 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: October 4, 2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Carlton W. Reeves, U.S. District Judge
*Printed name and title*