Herbert Townsend
#16871-043
F.C.I. MEMPHIS
P.O. Box 34550
Memphis, TN 38184

October 25, 2024



Arthur Johnston, Clerk
U.S. Dist. Court
Southern Dist. of Mississippi

Re: United States v. Herbert Jerome Townsend; Case No. 3:12cr118-CWR-ASH

<u>NOTICE OF APPEAL</u>

Dear Clerk:

    This is my NOTICE OF APPEAL concerning the order by the Honourable

Judge Reeves, filed Oct 04 2024. I was notified of this order via letter

mail, sent from Ms. Jasmin DeKlerk of the Federal Public Defender's office.

I did not recieved the order until the 25th of October 2024. I am filing

this NOTICE today via JAIL MAIL so it will be considered FILED on 25 October

2024. Thank you so very much for your assistance in this very important

matter.

Sincerely,

Herbert Townsend