HERBERT TOWNSEND #16871-043
F.C.I. MEMPHIS
P.O. BOX 34550
MEMPHIS, TN 38184

Case 3:12-cr-00118-CWR-ASH   Document 520-1   Filed 10/31/24   Page 1 of 1

MEMPHIS TN 380

28 OCT 2024 PM 3 L

Fwd to:
RX 106

OFFICE OF THE CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
316 JAMES O. EASTLAND
245 EAST CAPITOL ST.
JACKSON, MS 39201

RECEIVED
OCT 31 2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

39201-240999