# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2024
Lyle W. Cayce
Clerk

No. 24-60555

United States of America,

    *Plaintiff—Appellee*,

versus

Herbert Jerome Townsend,

    *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:12-CR-118-1

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of December 12, 2024, for want of prosecution. The appellant failed to timely pay the appellate filing fee.

No. 24-60555

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT