# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2024

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

  No. 24-60555  USA v. Townsend
          USDC No. 3:12-CR-118-1

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

         Sincerely,

         LYLE W. CAYCE, Clerk

         *Shea E. Pertuit*
        By: _____
         Shea E. Pertuit, Deputy Clerk
         504-310-7666

cc w/encl:
  Mrs. Erin O'Leary Chalk
  Mr. Herbert Jerome Townsend