# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff*,

v.

**HERBERT JEROME TOWNSEND**,

    *Defendant*.

CAUSE NO. 3:12-cr-118-CWR-ASH

## ORDER

Before the Court is defendant Herbert Jerome Townsend's motion to proceed *in forma pauperis* (IFP) on appeal. Docket No. 523. He seeks to appeal this Court's denial of his motion to reduce his sentence. Docket No. 517.

Under Federal Rule of Appellate Procedure 24(a)(3), "[a] party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization . . . ." The Rule goes on to list exceptions to this standard, none of which are present here.

Townsend was appointed counsel in this proceeding. *See* Docket No. 473. Therefore, he may proceed IFP on appeal.

The motion is granted.

**SO ORDERED**, this the 4th day of February, 2025.

                                              s/ Carlton W. Reeves
                                              UNITED STATES DISTRICT JUDGE