# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

September 23, 2025

#16871-043  
Mr. Herbert Jerome Townsend  
FCI Memphis  
1101 John A. Denie Road, P.O. Box 34550  
Memphis, TN 38134-0550

     No. 24-60555   USA v. Townsend  
                        USDC No. 3:12-CR-118-1

Dear Mr. Townsend,

We received your letter of inquiry on September 18, 2025. Please be advised that this matter was dismissed on December 12, 2024, for failure to pay the filing fee. A copy of the order and letter issued on December 12, 2024, is enclosed herewith for your reference.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Rebecca L. Leto, Deputy Clerk  
                                  504-310-7703

Enclosures

cc:   Mrs. Erin O'Leary Chalk  
       Mr. Arthur S. Johnston III